FILED

SEP 1 7 2014

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By            cp            DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>   vs.<br><br>KRYSTLE MARIE RAMOS,<br><br>                      Defendant. | CASE NO. 13CR3611-AJB<br><br>**JUDGMENT AND ORDER OF**<br>**DISMISSAL OF INFORMATION** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by the U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

**IT IS SO ORDERED.**

Dated: 9/18/14

_____
**HONORABLE MITCHELL D. DEMBIN**
**United States Magistrate Judge**

- 1 -

13CR2134-MMA